IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                        CASE NO. 04-10294GVL1

WEIS, EDWARD WILLIAM
WEIS, POLLY JANE                         CHAPTER 7

                 Debtor(s)
_____ /

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

     Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | Chase Manhattan Bank USA, N.A.<br>c/o Chase BankCard Services, Inc., PO Box 52176<br>Phoenix, AZ 85072-2176 | $7,150.66 |
| 2 | Citibank (SOUTH DAKOTA). N.A.<br>Assoc./Citgo Payment Center, 4300 Westown Parkway<br>West Des Moines, IA 50266 | $143.67 |
| 1 | Citibank (SOUTH DAKOTA). N.A.<br>Assoc./Shell Payment Center, 4300 Westown Parkway<br>West Des Moines, IA 50266 | $527.04 |

                                               /s/ Theresa M. Bender
                                               THERESA M. BENDER
                                               CHAPTER 7 TRUSTEE
                                               Theresa M. Bender, P.A.
                                               Post Office Box 14557
                                               Tallahassee, FL  32317
                                               PH:  (850) 205-7777
                                               FL. Bar # 0749486
                                               Tmbenderch7@yahoo.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Chase Manhattan Bank USA, N.A.
c/o Chase BankCard Services, Inc., PO Box 52176
Phoenix, AZ 85072-2176

Citibank (SOUTH DAKOTA). N.A.
Assoc./Citgo Payment Center, 4300 Westown
Parkway
West Des Moines, IA 50266

Citibank (SOUTH DAKOTA). N.A.
Assoc./Shell Payment Center, 4300 Westown
Parkway
West Des Moines, IA 50266

Dated: 12/16/2009                                  /s/ Theresa M. Bender